**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq.
Jeffrey A. Kramer, Esq.
Thomas A. Pitta, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Last Mile Inc. d/b/a Sting Communications, | Case No. 11-14769 (SHL) |
| Debtor. | |

**NOTICE OF HEARING ON "FIRST DAY" MOTIONS**

**TO THE PARTIES ON THE ATTACHED SERVICE LIST:**

**PLEASE TAKE NOTICE THAT** on October 12, 2011, (the "**Petition Date**"), the debtor and debtor in possession in the above captioned case (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the **"Bankruptcy Code"**), in the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **Wednesday, October 19, 2011 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, One

Bowling Green, New York, New York 10004, to consider the following Motions filed by the Debtor on October 17, 2011:

a) Debtor's Motion for an Order Pursuant To 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(C) Extending Time to File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Schedules of Executory Contracts And Unexpired Leases [Docket No. 6];

b) Motion to Authorize The Debtor to (a) Continue and Maintain Its Existing Cash Management System, (b) Continue and Maintain Its Existing Bank Accounts, and (c) Use Existing Business Forms; (ii) Granting A Waiver Of Section 345 Investment Guidelines; and (iii) Granting Related Relief (proposed Interim Order) [Docket No. 7];

c) Debtor's Motion Pursuant to 11 U.S.C. Sections 105(a) and 366 For Entry of Interim and Final Orders (i) Prohibiting Utility Companies From Discontinuing, Altering or Refusing Service On Account of Prepetition Invoices, (ii) Deeming Utility Companies to Have Adequate Assurance of Future Payment and (iii) Establishing Procedures For Resolving Requests For Additional Assurance (Exhibit A - proposed Interim Order) (Exhibit B – proposed Final Order) [Docket No. 8];

d) Debtor's Motion for an Order Pursuant to 11 U.S.C. Sections 105(A) And 507(A)(4) and (5) (i) Authorizing The Debtor To Pay Prepetition Wages And Salaries And Related Taxes and (ii) Directing All Banks To Honor Checks For Payment Of Prepetition Employee Obligations [Docket No. 9]; and

e) Debtor's Motion For Interim and Final Orders Pursuant To §§ 11 U.S.C. 105, 361, 362 and 363 Approving the Use of Cash Collateral, Providing Adequate Protection and Setting a Final Hearing Pursuant To Bankruptcy Rule 4001 (proposed form of Order) [Docket No. 10].

**PLEASE TAKE FURTHER NOTICE** that **in lieu of a written objection, any objections may be raised at the hearing** which is scheduled at 2:00 p.m.

Dated: October 17, 2011

                **LOWENSTEIN SANDLER PC**

                */s/ Thomas A. Pitta*
                Kenneth A. Rosen, Esq.
                Jeffrey A. Kramer, Esq.
                Thomas A. Pitta, Esq.
                1251 Avenue of the Americas, 18th Floor
                New York, New York 10020
                Tel: (212) 262-6700
                Fax: (212) 262-7402
                      -and-
                65 Livingston Avenue
                Roseland, New Jersey 07068
                Tel: (973) 597-2500
                Fax: (973) 597-2400

                *Proposed Counsel to the Debtor and*
                *Debtor in Possession*